*Krongold* (*ante*, p. 840), decided herewith. Findings of fact and conclusions of law inconsistent with this decision are reversed and new findings will be made. Young, Hagarty, Carswell, Scudder and Tompkins, JJ., concur. Settle order on notice.

ABRAHAM I. LEVINE, Appellant, v. ALEXANDER BERNSTEIN, Respondent.— Order granting defendant's motion to bring in a codefendant modified so as to provide that defendant be required to deposit in court the money or property in his possession as set forth in his affidavit, and as so modified affirmed, without costs; plaintiff to serve a supplemental summons and complaint within ten days from the entry of the order herein. No opinion. Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ., concur.

SAMUEL LINSENBERG, Plaintiff, v. DAVED FEINSTEIN, Defendant.— Upon agreed statement of facts, judgment unanimously directed for defendant for $275, without costs. In our opinion, the affidavits upon which the order for substituted service is based are insufficient to show that the defendant sought to be served was at the time a resident of this State. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

EDWARD LOSO, Respondent, v. " PHILIP " A. SPAIN, First Name Fictitious True First Name Unknown to Plaintiff, Party Intended Residing at 911 Green Avenue, Brooklyn, N. Y., Appellant.— The decision of this court handed down on March 13, 1931,* is hereby amended to read as follows: Order denying defendant's motion to dismiss complaint affirmed, with ten dollars costs and disbursements, with leave to defendant to serve an answer within five days from service of a copy of the order herein. No opinion. Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ., concur.

GRACE LOSO, Respondent, v. " PHILIP " A. SPAIN, First Name Fictitious, etc., Appellant.— The decision of this court handed down on March 13, 1931,* is hereby amended to read as follows: Order denying defendant's motion to dismiss complaint affirmed, with ten dollars costs and disbursements, with leave to defendant to serve an answer within five days from service of a copy of the order herein. No opinion. Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ., concur.

MUNSON REALTY COMPANY, INC., Respondent, v. MELROSE BOND AND MORT-GAGE CORPORATION, Appellant.— The decision of this court handed down on March 13, 1931,* is hereby amended to read as follows: Appeal dismissed, with ten dollars costs and disbursements, with leave to defendant to serve an answer within five days from service of a copy of the order herein. The appellant may not appeal from an order entered on its own motion. (*Raymond* v. *Tiffany*, 115 App. Div. 350.) Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

T. ROY PEYTON, Respondent, v. THE STUYVESANT INSURANCE COMPANY, Appellant.— Order denying defendant's motion to change the place of trial from Queens county to Delaware county affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS AMSTER, Appellant.— Judgment of conviction of the Court of Special Sessions of the City

* See *ante*, p. 832.— [REP.